## COLLINS v. STATE.
### No. 21291.

Court of Criminal Appeals of Texas.
Oct. 23, 1940.

M. E. Gates, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of robbery by assault, and his punishment assessed at six years' confinement in the State penitentiary.

The indictment properly charges the offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

The indictment and all matters of procedure appear regular.

The judgment is affirmed.